IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ZONNYTTA BOLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV151 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, and OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 22, 2015, was served on the parties in this action. Plaintiff filed Objections to the Recommendation (ECF No. 35) and Defendants responded (ECF No. 37). The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 16) is GRANTED and Plaintiff's Motion for Partial Summary Judgment (ECF No. 20) is DENIED AS MOOT. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 7th day of July, 2015.

    /s/ Loretta C. Biggs
United States District Judge